ROBERT A. BADGER, Appellant, *v.* SCOBELL CHEMICAL COMPANY, INC., Respondent.

(Argued June 15, 1932; decided July 19, 1932.)

*Carroll M. Roberts* and *Arthur E. Sutherland* for appellant.

*Howard M. Woods* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not voting: HUBBS, J. Not sitting: CROUCH, J.